IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**AERY AVIATION, LLC,**

    **Plaintiff and Counterclaim Defendant,**

v.                                             Civil Action No.: 4:24cv29

**PRIME ALLIANCE BANK, INC. ET AL,**

    **Defendant and Counterclaimants.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Banks' Motion for Summary Judgment (ECF No. 37) is **GRANTED**. The Banks are entitled to repossession of the equipment and damages in the amount of **$5,369,954.21** for Schedule 1 and **$2,876,184.45** for Schedule 2.

                                                  FERNANDO GALINDO, Clerk

DATED:   9/26/2025

                                                 By:   /s/_____
                                                          A. Lett, Deputy Clerk